```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 01247
   ROCHELLE A IVY
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1624

----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 01/24/2007 and was confirmed 04/25/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/28/2009.
----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------
A/R CONCEPTS               UNSECURED       NOT FILED           .00            .00
ALLIED INTERSTATE          UNSECURED       NOT FILED           .00            .00
CAPITAL ONE                UNSECURED        1068.94            .00            .00
CITY OF CHICAGO PARKING    UNSECURED        9520.00            .00            .00
CREDIT PROTECTION          UNSECURED       NOT FILED           .00            .00
HARVARD COLLECTION SERVI   UNSECURED       NOT FILED           .00            .00
HSBC NV                    UNSECURED       NOT FILED           .00            .00
MERCHANTS RECOVERY         UNSECURED        2408.00            .00            .00
MIDLAND CREDIT MANAGEMEN   UNSECURED       NOT FILED           .00            .00
PEOPLES GAS & LIGHT        UNSECURED         192.23            .00            .00
ILLINOIS STATE TOLL HWY    UNSECURED       NOT FILED           .00            .00
ILLINOIS DEPARTMENT OF R   PRIORITY          251.95            .00            .00
ILLINOIS DEPARTMENT OF R   UNSECURED          53.46            .00            .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT      20.00            .00          20.00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      2,500.00                     2,006.11
TOM VAUGHN                 TRUSTEE                                         154.61
DEBTOR REFUND              REFUND                                              .00

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                         RECEIPTS         DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                  2,180.72

PRIORITY                                        20.00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                               2,006.11
TRUSTEE COMPENSATION                           154.61
DEBTOR REFUND                                     .00
                         ---------------    ---------------
TOTALS                   2,180.72            2,180.72

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 01247 ROCHELLE A IVY
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/05/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |